**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
SOUTHERN FAITH MINISTRIES, INC.,  :
                                  :
          Plaintiff,              :
                                  :
     v.                           :  Civil Action No. 09-0515 (JR)
                                  :
TIMOTHY F. GEITHNER, Secretary,   :
U.S. Department of the Treasury,  :
et al.,                           :
                                  :
          Defendants.             :
```

### ORDER

For reasons set forth in an accompanying memorandum opinion, Defendants' Motion to Dismiss Amended Complaint [dkt. #8] is **GRANTED**. Plaintiff's Amended Complaint [dkt. #6] is **DISMISSED**. It is **SO ORDERED**.

                                    JAMES ROBERTSON
                              United States District Judge